Opinion filed October 24, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00243-CR
_____

### JOHN LEE NAIL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 90th District Court**
**Stephens County, Texas**
**Trial Court Cause No. F33653**

---

### M E M O R A N D U M   O P I N I O N

John Lee Nail, Appellant, has filed in this court a motion to dismiss his appeal. In the motion, Appellant states that he "no longer desires to appeal this Cause . . . and requests that the appeal be voluntarily dismissed." Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both Appellant and his counsel.

The motion is granted, and the appeal is dismissed.

October 24, 2013                                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.